1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

CARLOS PENAFIEL FALCON,               )   Case No. SACV 07-66 JSL(JC)
                                      )
12                    Petitioner,      )   ORDER ADOPTING FINDINGS,
                                      )   CONCLUSIONS, AND
13          v.                         )   RECOMMENDATIONS OF
                                      )   UNITED STATES MAGISTRATE
14   D.H.S., et al.,                   )   JUDGE
                                      )
15                    Respondents.     )
                                      )
16

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

19   Habeas Corpus by a Person in State Custody (the "Petition"), all of the records

20   herein, and the attached Report and Recommendation of United States Magistrate

21   Judge.  The Court approves and adopts the United States Magistrate Judge's

22   Report and Recommendation.

23          IT IS ORDERED that Judgment be entered denying the Petition and

24   dismissing this action with prejudice.

25   ///

26   ///

27   ///

28   ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and counsel for respondents.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: 1/18/11

7

8    _____

9    HONORABLE J. SPENCER LETTS
     SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2