UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENAFIEL FALCON,<br>    Petitioner,<br>  v.<br>D.H.S., et al.,<br><br>    Respondents | Case No. SACV 07-66 JSL(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 1/18/11

*Spencer Letts*

HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE